# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 524 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CRIMINAL PROCEDURAL RULES COMMITTEE | : | CRIMINAL PROCEDURAL RULES |
| | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2020, the Honorable Beth A. Lazzara is hereby designated as Chair, and Aaron J. Marcus, Esquire, is designated as Vice-Chair, of the Criminal Procedural Rules Committee, commencing January 1, 2021.